**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

MENS PETIT, *on behalf of himself, FLSA Collective Plaintiffs and the Class,*

        Plaintiff,

v.

GURNEY'S INN RESORT & SPA LLC,
MEI GNY HOSPITALITY LLC,
BLDG MANAGEMENT CO., INC.,
JOHN DOE CORPORATIONS 1-10,
GEORGE FILOPOULOS, and
LLOYD MICHAEL GOLDMAN,

        Defendants.

Case No.: 22-cv-07987

**NOTICE OF**
**ACCEPTANCE**
**OF OFFER OF JUDGMENT**

---

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff MENS PETIT hereby accepts and provides notice that he has accepted Defendants' Offer of Judgment dated November 14, 2023, and annexed hereto as **Exhibit A**.

Dated: November 22, 2023

                Respectfully submitted,

By: _____
C.K. Lee, Esq. (CL 4086)
LEE LITIGATION GROUP, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel.: (212) 465-1188
Fax: (212) 465-1181
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2023, I caused service of Plaintiff's Notice of Acceptance of Offer of Judgment to be served, via electronic mail, upon Defendants' counsel of record in this matter:

Alexander W. Bogdan, Esq.
Fox Rothschild LLP
101 Park Avenue
New York, NY 10178
Telephone (212) 878-7900
Facsimile (212) 692-0940
E-mail: abogdan@foxrothschild.com
Attorneys for Defendants

By: _____
C.K. Lee, Esq.