**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

MENS PETIT, *on behalf of himself, FLSA Collective Plaintiffs and the Class,*

                Plaintiff,

  v.

GURNEY'S INN RESORT & SPA LLC,
MEI GNY HOSPITALITY LLC,
BLDG MANAGEMENT CO., INC.,
JOHN DOE CORPORATIONS 1-10,
GEORGE FILOPOULOS, and
LLOYD MICHAEL GOLDMAN,

                Defendants.

---

Case No.:  22-cv-07987

**RULE 68 JUDGMENT**

      **WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants GURNEY'S INN RESORT & SPA LLC, MEI GNY HOSPITALITY LLC, BLDG MANAGEMENT CO., INC., GEORGE FILOPOULOS, and LLOYD MICHAEL GOLDMAN (collectively "Defendants"), having offered to allow Plaintiff MENS PETIT ("Plaintiff") to take a judgment against them, in the sum of Ten Thousand and No Cents ($10,000.00), inclusive of all damages, liquidated damages, statutory damages, penalties, compensatory damages, punitive damages, monetary damages, losses, interest, costs, and attorneys' fees (collectively, the "Payment Amount") with respect to all of Plaintiff's individual claims against Defendants, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated November 14, 2023 and filed as Exhibit A to Docket Number 29;

      **WHEREAS**, on November 22, 2023, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 29);

It is **ORDERED and ADJUDGED,** that judgment is entered in favor of Plaintiff MENS PETIT, in the sum of $10,000.00, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated November 14, 2023 and filed as Exhibit A to Docket Number 29. The Clerk of Court is respectfully directed to close this case.

                                                BRENNA B. MAHONEY
                                                CLERK OF COURT

Dated: November 28, 2023                 BY: *Jalitza Poveda*
      Brooklyn, New York                             Deputy Clerk